# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL HOWARD,<br><br>    Plaintiff,<br><br>    v.<br><br>M. HILDEBRAND, et al.,<br><br>    Defendants. | No.  1:17-cv-01397-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR ACCESS TO LAW LIBRARY<br><br>(Doc. Nos. 8, 9) |

Plaintiff Israel Howard is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to the assigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On December 6, 2017, the Magistrate Judge issued findings and recommendations recommending that plaintiff's motion for an order directing that he be provided law library access, (Doc. No. 8), be denied, (Doc. No. 9). Plaintiff's objections to those findings and recommendations were due within thirty (30) days. (Doc. No. 9, at 3.) The deadline has passed, and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the undersigned concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued on December 6, 2017 (Doc. No. 9) are adopted in full; and
2. Plaintiff's motion for an order directing that he be provided law library access (Doc. No. 8 ) is denied.

IT IS SO ORDERED.

Dated: **May 4, 2018**      **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE